IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **SHAREEN TANNA,** Plaintiff, | ) ) ) |
| versus | ) Case No.: **2:25-cv-00280-RAH-KFP** ) |
| **SHAILESH J. TANNA,** Defendant. | ) ) ) |

RECEIVED
2025 MAY 16  P 2:45
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Nichole Woodburn, attorney at law, who hereby files this *Motion to Withdraw as Counsel* for good cause as stated herein. In support thereof, the Undersigned would respectfully state as follows:

1. This matter is before the Court upon a *Notice of Removal* from the Circuit Court of Elmore County, Alabama.

2. The Undersigned is not admitted to the Middle District of Alabama.

3. Hon. Melissa Isaak, another attorney in the Undersigned's law firm, has previously been admitted to this Court and has filed a *Notice of Appearance* on behalf of the Defendant.

4. The Undersigned respectfully requests that she be permitted to withdraw as counsel of record, as her admittance to this Court is rendered unnecessary by the appearance of another attorney in her law firm.

**WHEREFORE**, premises considered, the Undersigned attorney for the Defendant respectfully requests that she be permitted to withdraw as counsel of record on behalf of the Defendant.

Respectfully submitted,

/s/ Nichole Woodburn
Nichole Woodburn (WOO 145)
The Isaak Law Firm
P.O. Box 4894
Montgomery, Alabama 36106
T: (334) 260-8200
F: (334)-819-4072
Nichole@IsaakLawFirm.com
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all parties of record by U.S.P.S., properly stamped, to each address indicated below on this the 15th day of May, 2025.

/s/ Nichole Woodburn
Attorney for the Defendant

Shareen Tanna
79 Amy Lane
Gillett, PA 16925
*Plaintiff*

Melissa Isaak (Service Waived)
*Attorney of Record for the Defendant*